IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01742-AP

SHERRI MARSAK,

                Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    Robert C. Dawes, Esq.
    572 East Third Avenue
    Durango, CO 81301
    (970) 247-4411 (telephone)
    (970) 247-1482 (facsimile number)

    For Defendant:
    TROY A. EID
    United States Attorney
    KURT BOHN
    Assistant United States Attorney

By:    Laura Ridgell-Boltz
       Special Assistant United States Attorney
       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A. Date Complaint Was Filed:** September 1, 2006

    **B. Date Complaint Was Served on U.S. Attorney's Office:** October 16, 2006

    **C. Date Answer and Administrative Record Were Filed:**   December 18, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.
    Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

    Plaintiff does not intend to submit additional evidence.
    Defendant does not intend to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

    Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.
    Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

    Plaintiff states:     None anticipated.
    Defendant states:  None anticipated.

**8. PROPOSED BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:**  February 14, 2007

    **B. Defendant's Response Brief Due:**  March 16, 2007

    **C. Plaintiff's Reply Brief (If Any) Due:**   April 4, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    Plaintiff's Statement:   Plaintiff does not request oral argument.

    Defendant's Statement:   Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.*

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 9th day of January, 2007.

                                           BY THE COURT:

                                           *S/John L. Kane*
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

### For Plaintiff:

**s/Robert C. Dawes**
572 East Third Avenue
Durango, CO 81301
(970) 247-4411 (telephone)
(719) 247-1482 (facsimile number)
robert.dawes@dawesandharriss.com

### For Defendant:

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Laura Ridgell-Boltz**
By:   Laura Ridgell-Boltz
Special Assistant United States Attorney

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
laura.ridgell-boltz@ssa.gov