# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01742-RPM

**SHERRI MARSAK,**

       **Plaintiff,**

**vs.**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**

       **Defendant.**

___

# ORDER
___

Upon consideration of Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $3,462.25, to be made payable to Plaintiff, Sherri Marsak, and mailed to counsel of record.

DATED this 15th day of August, 2008.

       BY THE COURT:

       s/Richard P. Matsch
       _____
       U.S. District Court Judge